# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **KAYLYNN SMART,** | Case No.: 3:23-cv-02427 |
| Plaintiff, | Hon. Jack Zouhary |
| vs. | |
| | **JUDGMENT ENTRY OF DISMISSAL** |
| **CITY OF TOLEDO, et al.,** | |
| | Dale R. Emch, Law Director (0080004) |
| Defendants. | Jeffrey B. Charles, Chief of Litigation (064514) |
| | Tammy G. Lavalette, Senior Attorney (0071533) |
| | City of Toledo, Department of Law |
| | One Government Center, Suite 2250 |
| | Toledo, Ohio 43604 |
| | Telephone: (419) 245-1020 |
| | Fax: (419) 245-1090 |
| | Jeffrey.Charles@toledo.oh.gov |
| | Counsel for Defendants |

The parties having fully satisfied and settled their differences this cause of action is hereby Ordered dismissed with prejudice. Each side to pay their own costs.

                      *s/ Jack Zouhary*
                      U.S. DISTRICT JUDGE

*/s/ Martin McManus and Jeffrey Zilba per email consent*

Martin McManus and Jeff Zilba
Attorneys for Plaintiff

*/s/ Jeffrey B. Charles*

Jeffrey B. Charles
Attorney for Defendants

1